ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
Gerald S. Frank
Assistant U.S. Attorney
Arizona State Bar No. 003545
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
gerry.frank@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Douglas Joseph Carpa,<br><br>    Plaintiff,<br>v.<br><br>Brian Lammer,<br><br>    Defendant. | CV-04-00303-TUC-RCC<br><br>**DEFENDANT'S NOTICE OF SERVICE THIRD SUPPLEMENTAL DISCLOSURE STATEMENT** |

Defendant, by and through undersigned counsel, herein notifies the Court that it has served its Third Supplemental Disclosure Statement on this date to Plaintiff.

Respectfully submitted this 10th day of May, 2012.

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona


*s/Gerald S. Frank*
GERALD S. FRANK
Assistant U.S. Attorney

Copy of the foregoing was mailed this
10th day of May, 2012 to:

Douglas Joseph Carpa
P.O. Box 27413
Tempe, AZ 85285
PRO SE